Pedro Bernal Bilse, Esq.
California Bar No.: 284444
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Phone: 619-736-9092
Fax:    619-793-1020
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-04276-H-1 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DANIEL RIKKELS, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

The undersigned attorney, Pedro Bernal Bilse, hereby enters a general appearance on behalf of Defendant DANIEL RIKKELS.

DATED:      November 18, 2025          Respectfully submitted,

                                       BERNAL LAW, APLC

                                       / s / Pedro Bernal Bilse
                                       _____
                                       Pedro Bernal Bilse, Esq.
                                       Attorney for DANIEL RIKKELS

- 1 -

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing NOTICE OF APPEARANCE has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph F. Smith – Assistant United States Attorney

Daniel F. Casillas – Assistant United States Attorney

Respectfully submitted,

DATED: November 18, 2025      / s / *Pedro Bernal Bilse*

   Pedro Bernal Bilse
   Attorney for DANIEL RIKKELS