# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-cr-04276-H |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Daniel Rikkels | Booking No. 33512506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  11/26/2025  the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on  $750,000 Trust Deed  Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

BRIAN J. WHITE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by  D. Sutton  x. 5973

Crim-9 (Rev. 09/23)
Original