Pedro Bernal (SBN 284444)
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 3:25-CR-04276-H |
|---|---|
| Plaintiff, | ) **MOTION TO MODIFY BOND** |
| v. | ) **CONDITIONS (TRAVEL)** |
| DANIEL RIKKELS, | ) |
| Defendant, | ) |

## I.   INTRODUCTION

Defendant DANIEL RIKKELS ("Mr. Rikkels") through his counsel, Pedro Bernal, hereby moves this Court for an order modifying the bond conditions imposed upon him on November 14, 2025. Specifically, Mr. Rikkels seeks permission to travel from San Diego, California, to the State of Arizona, to assist his elderly mother in relocating to California. This request is unopposed by Assistant United States Attorneys Joseph S. Smith and Daniel F. Casillas and by Pretrial Services Adriana Chavez.

/ / /

/ / /

-1-

## II. BACKGROUND

On November 14, 2025, following Mr. Rikkels' initial appearance, this Court set bond at $750,000/PS secured by a Trust Deed. ECF 12. Mr. Rikkels was ordered not to leave San Diego County. *Id.* Mr. Rikkels was released from custody and is residing at his home in Chula Vista.

Mr. Rikkels' elderly mother lives in Arizona and lives alone. She is planning on relocating to San Diego. Mr. Rikkels' mother requires assistance in packing up her belongings and moving to San Diego. Mr. Rikkels wishes to travel to Arizona from December 16-20, 2025, to assist his mother in packing up her belongings and moving her to San Diego.

The undersigned cleared this request with Mr. Rikkels' assigned Pretrial Services Officer Adriana Chavez, and she is unopposed to the present request. Additionally, AUSAs Joseph S. Smith and Daniel F. Casillas are not opposed to this request. If this motion is granted, Mr. Rikkels would notify his Pretrial Services Officer upon his departure and upon his arrival.

## III. CONCLUSION

Based on the foregoing, Mr. Rikkels respectfully requests this Court modify his conditions of bond to allow for the travel set forth above.

Respectfully submitted,

DATED: December 9, 2025         / s / *Pedro Bernal*

_____
Pedro Bernal Bilse
Attorney for DANIEL RIKKELS

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing Motion to Modify Bond Conditions has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith and Daniel F. Casillas – Assistant United States Attorneys

Respectfully submitted,

DATED: December 9, 2025         / s / *Pedro Bernal Bilse*
                                _____
                                Pedro Bernal Bilse
                                Attorney for DANIEL RIKKELS