Pedro Bernal Bilse (SBN 284444)
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-CR-04276-H |
| Plaintiff, | **DECLARATION OF SURETY** |
| v. | |
| DANIEL RIKKELS, | |
| Defendants, | |

I, Amy Vanrachack, am the surety for Defendant DANIEL RIKKELS, in connection with the above-captioned case. I am aware that he is seeking this Court's permission to travel to Arizona form December 16, 2025, to December 20, 2025. I am aware that, as the surety, I have the right to object to this bond modification. Having been advised of this right, I consent to the modification.

DATED: 12/9/2025

Signed by:
[signature]
BEDA21B9474E4F1...

AMY VANRACHACK

-1-