UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL RIKKELS,<br><br>　　　　Defendants, | ) Case No.: 3:25-CR-04276-H<br>)<br>) **ORDER ON MOTION TO MODIFY**<br>) **BOND CONDITIONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come before the Court and having reviewed Defendant's Motion to Modify Bond Conditions (ECF 24), this Court hereby modifies the Defendant's bond conditions in the following manner: Mr. Rikkels shall be permitted to travel from San Diego, California to the State of Arizona from December 16-20, 2025.

**IT IS SO ORDERED.**

DATED: 12/10/2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Brian J. White
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge