Docusign Envelope ID: 926D6529-8802-42AA-9A17-FF32DA000BC9

Pedro Bernal Bilse (SBN 284444)
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-CR-04276-H |
| Plaintiff, | **DECLARATION OF SURETY** |
| v. | |
| DANIEL RIKKELS, | |
| Defendant, | |

I, Amy Vanrachack, am the surety for Defendant DANIEL RIKKELS, in connection with the above-captioned case. I am aware that he is seeking this Court's permission to travel to Arizona from December 30, 2025, to January 2, 2026. I am aware that, as the surety, I have the right to object to this bond modification. Having been advised of this right, I consent to the modification.

12/26/2025
DATED: _____

_____
AMY VANRACHACK

-1-