**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-CR-04276-H |
| Plaintiff, | **ORDER ON MOTION TO MODIFY BOND CONDITIONS** |
| v. | |
| DANIEL RIKKELS, | |
| Defendants, | |

THIS MATTER having come before the Court and having reviewed Defendant's Motion to Modify Bond Conditions (ECF 26), this Court hereby modifies the Defendant's bond conditions in the following manner: Mr. Rikkels shall be permitted to travel from San Diego, California to the State of Arizona from December 30, 2025 to January 2, 2026.

**IT IS SO ORDERED.**

DATED: 12/29/2025

_____
Hon. Brian J. White
United States Magistrate Judge