Pedro Bernal (SBN 284444)
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RIKKELS,<br><br>Defendant, | Case No.: 3:25-CR-04276-H<br><br>**MOTION TO MODIFY BOND CONDITIONS (TRAVEL)** |

## I.   INTRODUCTION

Defendant DANIEL RIKKELS ("Mr. Rikkels") through his counsel, Pedro Bernal, hereby moves this Court for an order modifying the bond conditions imposed upon him on November 14, 2025. Specifically, Mr. Rikkels seeks permission to travel from San Diego, California, to the State of Arizona, at the discretion of Pretrial Services.  This request is unopposed by Pretrial Services Adriana Chavez. The Government opposes Mr. Rikkel's request.

## II.   BACKGROUND

On November 14, 2025, following Mr. Rikkels' initial appearance, this Court set bond at $750,000/PS secured by a Trust Deed.  ECF 12.  Mr. Rikkels was ordered not to leave San Diego County. *Id.*  Mr. Rikkels was released from custody and is residing at his home in Chula Vista.  He has not had any issues on pretrial release.

Mr. Rikkels owns a home in Arizona.  He recently learned that his home in Arizona had gas and water issues that need to be tended to.  He would like to travel to Arizona to conduct those repairs.  Mr. Rikkels has appointments with Semper Fi Heating and Cooling on January 26, 2026, and again on February 11, 2026.  This Court has already allowed him to travel to Arizona on two occasions without any issues.  He previously had to cancel appointments for the same issues because the parties could not agree on permitting him to travel to Arizona.  As the repairs were unexpected, it is imperative that Mr. Rikkels address them as soon as possible so that the home does not fall into disrepair.

Instead of making successive requests to this Court, Mr. Rikkels and Pretrial Services are of the position that he be permitted to travel to Arizona at the discretion of Pretrial Services.  The undersigned cleared this request with Mr. Rikkels' assigned Pretrial Services Officer Adriana Chavez.  The Government is opposed to allowing Mr. Rikkels to travel to Arizona unless the repairs are emergencies.  Given the nature of home repairs, and the speed with which home repairs can become emergencies, Mr. Rikkels submits that it is not prudent to wait until these issues become emergencies.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

### III.   CONCLUSION

Based on the foregoing, Mr. Rikkels respectfully requests this Court modify his conditions of bond to allow him to travel to Arizona at the discretion of Pretrial Services.

Respectfully submitted,

DATED:  January 21, 2026        / s / *Pedro Bernal Bilse*
_____
Pedro Bernal Bilse
Attorney for DANIEL RIKKELS

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing Motion to Modify Bond Conditions has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith and Daniel F. Casillas – Assistant United States Attorneys

Respectfully submitted,

DATED: January 21, 2026          / s / *Pedro Bernal Bilse*
                                 _____
                                 Pedro Bernal Bilse
                                 Attorney for DANIEL RIKKELS