1 ADAM GORDON
United States Attorney
2 JOSEPH S. SMITH
Assistant U.S. Attorney
3 California Bar No: 200108
DANIEL F. CASILLAS
4 Washington State Bar No. 45710
Office of the U.S. Attorney
5 880 Front Street, Room 6293
San Diego, CA 92101
6 Tel: (619) 546-7342
Email: daniel.casillas@usdoj.gov
7 Attorneys for the United States

8                      UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          Case No.: 25-CR-4276-H
11                        Plaintiff,
                                       UNITED STATES' OPPOSITION TO
12       v.                            DEFENDANT'S MOTION TO
                                       MODIFY BOND CONDITIONS
13  DANIEL RIKKELS,                    (TRAVEL)
14                        Defendant.

15

16                                     I

17                             INTRODUCTION

18       From 2020 through 2025, Defendant Daniel RIKKELS, submitted disability related

19  claims on behalf of hundreds of veterans often including false, misleading, and exaggerated

20  information regarding service-related injuries and medical conditions. Throughout most of

21  this time, RIKKELS was employed by the Department of Veterans Affairs (VA). RIKKELS

22  solicited and accepted payment from veterans, and through these claims veterans

23  fraudulently obtained millions of dollars in VA disability payments and backpay. In

24  addition, RIKKELS received millions of dollars in payments from the veterans for work

25  that he did as a VA employee. Defendant now seeks modification of his travel-related bond

26  conditions, to personally oversee repairs at a property in Arizona that he obtained through

27  proceeds from his criminal activity. Defendant has not justified why he needs to personally

28  oversee these repairs. Moreover, this property is now subject to criminal forfeiture.

## II

## <u>ARGUMENT</u>

RIKKELS is facing serious criminal charges and cannot justify why he is required to personally oversee any repairs in Arizona.

### A. The charges in brief

The Defendant has been charged in a 33-count indictment with violations of Title 18, U.S.C., Sec. 1349 – Conspiracy to Commit Wire Fraud; Title 18, U.S.C., Sec. 1343 – Wire Fraud; Title 18, U.S.C., Sec. 201(b)(2)(A) and (B) – Bribery of a Public Official; Title 18, U.S.C., Secs. 208(a) and 216(a)(2) – Willfully Engage in Acts Affecting a Personal Financial Interest; Title 18, U.S.C., Sec. 1956(a)(1)(B) - Laundering of Monetary Instruments; and, Title 18, U.S.C., Sec. 1957 - Money Laundering. As noted above, these charges stem from RIKKELS's work in submitting and facilitating fraudulent disability claims on behalf of hundreds of veterans starting in 2020. Until June 2025, RIKKELS was employed by the VA and was responsible for reviewing and approving VA disability claims from veterans.

### B. Defendant does not have a compelling reason to modify bond conditions to allow travel to Arizona

In early 2025, RIKKELS purchased a luxury golf course home at 4060 S. Camino de Vida, Gold Canyon, Arizona 85118 (Gold Canyon property). RIKKELS's real estate and financial records indicate that he paid most of his down payment on the Gold Canyon property directly through funds he obtained from veterans through his illegal activity. This property is now subject to forfeiture. ECF No. 7 (Notice of Lis Pendens). RIKKELS now seeks a modification of his bond conditions to allow him to travel to Arizona to oversee gas and water repairs to his Gold Canyon property. ECF No. 28 at 2 (Defendant's Motion to Modify Bond Conditions (Travel)). On November 14, 2025, the Court ordered that RIKKELS's travel be limited to San Diego County. ECF No. 10, 12. While RIKKELS has traveled to Arizona twice to his Gold Canyon property, there is insufficient justification for

2

1    further travel for him to personally oversee repairs. The United States opposes this motion

2    for the following reasons:

3        *First*, RIKKELS's life is in San Diego County. RIKKELS's primary home is in

4    Eastlake, Chula Vista, California. RIKKELS's wife resides at their primary home in San

5    Diego County. Until recently, RIKKELS was employed in San Diego County.

6        *Second*, RIKKELS has immediate relatives that can assist with facilitating repairs at

7    the Gold Canyon property. RIKKELS's wife regularly travels to Yuma, Arizona for work

8    purposes. RIKKELS has not provided any reason why his wife cannot assist. In addition,

9    RIKKELS's stepson resides in Gilbert, Arizona, which is only approximately 25 miles from

10   Gold Canyon, Arizona. Again, RIKKELS has not provided any reason why his stepson

11   cannot assist.

12       *Third*, RIKKELS has not specified the extent anyone needs to be at the Gold Canyon

13   property to facilitate repairs. It is unclear whether RIKKELS only needs someone to allow

14   contractors into the Gold Canyon property, or if he needs someone to be there to oversee

15   work. RIKKELS appears to have at least two immediate relatives, his wife and stepson,

16   who can set up a lockbox, allow contractors into the property, or oversee repairs.

17       *Fourth*, RIKKELS is not conducting these repairs himself. To the contrary,

18   RIKKELS appears to be hiring contractors to assist with the repairs. Specifically, RIKKELS

19   mentioned an appointment with Semper Fi Heating and Cooling. ECF No. 28 at 2.

20       Accordingly, the United States opposes RIKKELS's request as there is no apparent

21   reason why he needs to personally attend to repairs at the Gold Canyon property.

22   //

23   //

24   //

25   //

26   //

27   //

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III

### <u>CONCLUSION</u>

Without further justification, the United States opposes RIKKELS's request to modify bond conditions to allow regular travel to Arizona.

DATED: January 26, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*Daniel F. Casillas*

JOSEPH S. SMITH
DANIEL CASILLAS.
Assistant U.S. Attorneys

4