Pedro Bernal (SBN 284444)
BERNAL LAW, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorney for Defendant
DANIEL RIKKELS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-CR-04276-H |
| Plaintiff, | **DANIEL RIKKELS' REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| DANIEL RIKKELS, | |
| Defendant, | |

**I.   INTRODUCTION**

Defendant DANIEL RIKKELS ("Mr. Rikkels") through his counsel, Pedro Bernal, hereby submits the present Reply to the Government's Opposition to the Motion to Modify Conditions of Release.

/ / /

/ / /

/ / /

**II.     ARGUMENT**

Mr. Rikkels takes this opportunity to highlight three important points. First, this Court has broad discretion to amend the conditions of pretrial release at any time to impose additional conditions. *See* 18 U.S.C. 3142(c)(3). In setting conditions of bond, the Court is tasked with imposing the least restrictive release conditions that will reasonably assure the appearance of the person as required and the safety of any other person and the community. 18 U.S.C. (c)(1)(B). Mr. Rikkels' present travel request does not risk him not appearing for his court hearings or place the public at risk of harm. It is a routine request for a legitimate purpose.

Second, the Government did not move for detention at the initial appearance. Thus, the Government impliedly conceded that this Court could set conditions that could reasonably assure Mr. Rikkels' appearance in court and the safety of the community. The Court has done so. Mr. Rikkels is in compliance with his conditions of bond. And Mr. Rikkels' Pretrial Services Officer is not opposed to his traveling to Arizona at their discretion.

Third, while the Government is correct that the home in question is subject to forfeiture in the event the Government obtains a conviction at trial, Mr. Rikkels is still the owner of the home, and he has an obligation to ensure the home is in good working order to prevent accusations of waste later. If the home is untended and it falls into a condition that reduces or depletes its value, the Government's ability to seize a valuable asset would be lost. Allowing Mr. Rikkels to travel to Arizona to for the limited purpose of dealing with repairs to his home strikes the balance between assuring he appears in court/ protecting the community *and* ensuring the property is in good condition in the event the Government obtains a conviction.

Mr. Rikkels is not seeking to go on vacation or travel to Arizona for a frivolous reason. His travel request is legitimate and limited. For these reasons, Mr. Rikkels requests this Court grant his motion.

### III. CONCLUSION

Based on the foregoing, Mr. Rikkels respectfully requests this Court modify his conditions of bond to allow him to travel to Arizona at the discretion of Pretrial Services.

Respectfully submitted,

DATED: January 26, 2026              / s / Pedro Bernal Bilse
                                     _____
                                     Pedro Bernal Bilse
                                     Attorney for DANIEL RIKKELS

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing Motion to Modify Bond Conditions has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith and Daniel F. Casillas – Assistant United States Attorneys

Respectfully submitted,

DATED: January 26, 2026                    / s / *Pedro Bernal Bilse*
                                                              _____
                                                              Pedro Bernal Bilse
                                                              Attorney for DANIEL RIKKELS