1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:25-CR-04276-H |
| Plaintiff, | ) |
| | ) **ORDER ON MOTION TO MODIFY** |
| v. | ) **BOND CONDITIONS** |
| DANIEL RIKKELS, | ) |
| Defendants, | ) |

THIS MATTER having come before the Court and having reviewed Defendant's Motion to Modify Bond Conditions, this Court hereby modifies the Defendant's bond conditions in the following manner: Mr. Rikkels shall be permitted to travel from San Diego, California to the State of Arizona at the discretion of Pretrial Services.

**IT IS SO ORDERED.**

DATED: 1/27/26

_____
Hon. Brian J. White
United States Magistrate Judge