Pedro Bernal Bilse (SBN 284444)
**BERNAL LAW, APLC**
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorneys for Defendant
DANIEL RIKKELS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 3:25:cr-04276-H |
|---|---|---|
| Plaintiff, | ) ) | **ACKNOWLEDGEMENT OF NEXT COURT DATE** |
| v. | ) ) | |
| DANIEL RIKKELS, | ) ) | |
| Defendant, | ) ) ) | |

Defendant DANIEL RIKKELS hereby formally acknowledges that the next court date in this matter, namely, the Motion Hearing and Trial Setting, is set for May 11, 2026, at 10:00 a.m. before the Honorable Marilyn L. Huff.

DATED:    3/27/2026

DocuSigned by:

*Daniel Rikkels*
8AC526033809460...

DANIEL RIKKELS

ACKNOWLEDGMENT OF NEXT COURT DATE

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing Acknowledgment of Next Court Date has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith Jr. – Assistant United States Attorney

Respectfully submitted,

DATED:  March 27, 2026                    / s / *Pedro Bernal Bilse*

_____

Pedro Bernal Bilse
Attorney for Daniel Rikkels