Pedro Bernal Bilse (SBN 284444)
**BERNAL LAW, APLC**
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorneys for Defendant
DANIEL RIKKELS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:25:cr-04276-H |
| | ) |
| Plaintiff, | ) **ACKNOWLEDGEMENT OF NEXT** |
| | ) **COURT DATE** |
| v. | ) |
| | ) |
| DANIEL RIKKELS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| _____ | ) |

Defendant DANIEL RIKKELS hereby formally acknowledges that the next court date in this matter, namely, the Motion Hearing and Trial Setting, is set for June 22, 2026, at 10:00 a.m. before the Honorable Marilyn L. Huff.

DATED: 5/6/2026

DocuSigned by:

*Daniel Rikkels*

8AC526033809460...

DANIEL RIKKELS

ACKNOWLEDGMENT OF NEXT COURT DATE

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing Acknowledgment of Next Court Date has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith Jr. – Assistant United States Attorney

Respectfully submitted,

DATED:  May 6, 2026                    / s / *Pedro Bernal Bilse*

_____
Pedro Bernal Bilse
Attorney for Daniel Rikkels

ACKNOWLEDGMENT OF NEXT COURT DATE