Pedro Bernal Bilse (SBN 284444)
**BERNAL LAW, APLC**
750 B Street, Suite 1710
San Diego, CA 92101
Tel.: (619) 736-9092
Fax: (619) 694-4718
Email: pb@bernal-law.com

Attorneys for Defendant
DANIEL RIKKELS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RIKKELS,<br><br>Defendant, | Case No.: 3:25:cr-04276-H<br><br>**ACKNOWLEDGEMENT OF NEXT COURT DATE** |

Defendant DANIEL RIKKELS hereby formally acknowledges that the next court date in this matter, namely, the Motion Hearing and Trial Setting, is set for October 26, 2026, at 10:00 a.m. before the Honorable Marilyn L. Huff.

DATED: 8/24/2026

DocuSigned by:
Daniel Rikkels
8AC526033809460...

DANIEL RIKKELS

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing Acknowledgment of Next Court Date has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Joseph S. Smith Jr. – Assistant United States Attorney

Respectfully submitted,

DATED: August 24, 2026

*/ s / Pedro Bernal Bilse*

Pedro Bernal Bilse
Attorney for Daniel Rikkels